**UNITED STATES BANKRUPTCY COURT**
**WESTERN DIVISION OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| IN RE:<br>TOMMY ALMAGUER TERRAZAS<br>ROSEMARY V. TERRAZAS<br><br>**Debtors** | CASE NO: BKS-07-53388 A998<br><br>CHAPTER 13 |

### TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT

COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

1. Debtor filed for relief under Chapter 13 on December 26, 2007. The Court Confirmed Debtor's plan on May 13, 2008.

2. GE MONEY BANK, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

4. The Trustee's check for $581.12, payable to the Clerk of the Court, is attached to this notice.

FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| GE MONEY BANK<br>P O BOX 981430<br>EL PASO, TX 79998-1430 | $581.12 |

Respectfully submitted,

/s/ Mary K. Viegelahn

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
909 N.E. Loop 410, Suite 400
San Antonio, TX 78209
(210) 824-1460

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: CHAPTER 13

**TOMMY ALMAGUER TERRAZAS**
**ROSEMARY V. TERRAZAS**

DEBTOR(S) CASE NO.: **07-53388 A998**

**CERTIFICATE OF SERVICE**
------------------------------------

I hereby certify that a true and correct copy of the attached document was served **March 04, 2013** by First Class Mail, upon the following:

Debtor(s):
TOMMY ALMAGUER TERRAZAS
ROSEMARY V. TERRAZAS
4694 WETZ DR.
SAN ANTONIO, TX 78217

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

| | |
|---|---|
| GE MONEY BANK | Attorney For Debtor(s) |
| P O BOX 981430 | MALAISE LAW FIRM |
| EL PASO, TX 79998-1430 | 909 NE LOOP 410 STE 300 |
| | SAN ANTONIO, TX 78209 |

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee